UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>JORGE AGUILAR MARTINEZ,<br><br>                Defendant. | CASE Numbers 25-214-JLR<br><br>**DETENTION ORDER** |

The Court has conducted a detention hearing under 18 U.S.C. § 3142(f) and finds there are no conditions which the defendant can meet which would reasonably assure the defendant's appearance as required or the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

Defendant is charged with conspiracy to distribute controlled substances. The Court finds he has failed to overcome the rebuttal presumption that he is both a danger to the community and a risk of flight. In 2024, defendant a Honduran national was removed from the United States. He returned shortly thereafter and began engaging in drug trafficking activities that also involved the possession of firearms. Although he was arrested by state law enforcement for these activities, he continued to engage in drug trafficking until his arrest in October in this case. Defendant has some ties to the area, and lives with the mother of his child. However, the nature of the offense,

DETENTION ORDER - 1

the significant mandatory prison penalties defendant faces, and defendant's continued criminal activity following an initial arrest by state law enforcement support detention in this case.

It is therefore **ORDERED**:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall provide copies of this order to all counsel, the United States Marshal, and to the United States Probation and Pretrial Services Officer.

DATED this 31st day of October, 2025.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

DETENTION ORDER - 2